**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Ethan Schatz, California Bar No. 257919
Monique Jewett-Brewster, California Bar No. 217792
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail:       scott.greene@bryancave.com
              schatze@bryancave.com
              jewett-brewsterm@bryancave.com

Attorneys for Appellee
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT,

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARIA VILLARREAL CAMACHO,<br><br>Debtor. | District Court Case No. 2:13-cv-00810-MCE<br><br>Bankruptcy Adversary Proceeding No. 12-02608<br><br>Bankruptcy Court Case No. 12-35648 |
| MARIA VILLARREAL CAMACHO,<br><br>Appellant,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC., BANK OF AMERICA, N.A., and US BANK NATIONAL ASSOCIATION as Trustee for LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3.<br><br>Appellees. | **ORDER ON APPELLEE'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO DISMISS APPEAL OF CHAPTER 7 DEBTOR MARIA VILLARREAL CAMACHO**<br><br>Date:  June 27, 2013<br>Time:  2:00 p.m.<br>Place:  Courtroom 7, 14th Flr.<br>         501 I Street<br>         Sacramento, CA  95814<br><br>**TELEPHONIC APPEARANCE REQUESTED: (415) 675-3474**<br><br>Judge Morrison C. England, Jr |

SF01DOCS\143483.1

PROPOSED ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

Bryan Cave LLP
560 Mission Street,, 25th Floor
San Francisco, CA 94105

1    WHEREAS, Monique Jewett-Brewster, counsel for Appellee Bank of America, N.A. ("Appellee"), requests leave to appear telephonically at the Motion to Dismiss Appeal set for June 27, 2013 at 2:00 pm in Courtroom 7, 14th Floor of the above-entitled Court from the telephone number listed in the caption: **(415) 675-3474.**

   WHEREAS, Grounds for the request are as follows:

   1.   Appellee's counsel is located in San Francisco, CA, two hours from the Court; and

   2.   An appearance by telephone will save legal fees and costs.

   IT IS HEREBY ORDERED, Appellee's request to appear by telephone is granted. The courtroom Deputy clerk will initiate the telephone call 5-10 minutes prior to the time of the scheduled hearing through the court's telephone conferencing system in the courtroom.

   IT IS SO ORDERED.

DATED: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT